## CONSENT TO BE PARTY PLAINTIFF

I consent to be a party plaintiff in the foregoing lawsuit against XPO Logistics Freight, Inc., and any related persons and/or entities, in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in this case, whether favorable to me or not. I hereby designate The Ottinger Firm, P.C. to represent me in all matters relating to this case, including any settlement of my claims.

DocuSigned by:

*[signature]*

6137DEC4A9EF45D...

Signature

Gregory Alderson

Print Name

December 7, 2017

Date