The Ottinger Firm, P.C.
Corp/Business Service

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*125259*

Index no : **17-cv-9329**
Filed Date: **11/29/2017**

| Plaintiff(s): | GREGORY ALDERSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
|---|---|
| | -vs- |
| Defendant: | XPO LOGISTICS FREIGHT, INC |

STATE OF NEW YORK
COUNTY OF ALBANY          ss.:

**Corey Doyle**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **12/07/2017** at **10:45 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION, MEMORANDUM TO ALL LITIGANTS, CLASS AND COLLECTIVE ACTION COMPLAINT** on XPO LOGISTICS FREIGHT, INC B/S/U REGISTERED AGENT SOLUTIONS, INC AS REGISTERED AGENT at **99 WASHINGTON AVE SUITE 1008, ALBANY, NY 12210** in the manner indicated below:

By delivering a true copy of each to and leaving with **LEAH BRITTON, DESIGNATED AGENT** who stated he/she is duly authorized to accept legal documents.

A description of the **DEFENDANT**, or other person served on behalf of the **DEFENDANT** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| **Female** | **White** | **Blonde** | **35-42** | **5Ft6In** | **300 lbs** |
| Other Features: | | | | | |

Sworn to and subscribed before me on 12/08/2017

_Mary Smith_ (signature)

Notary Public

Mary Smith
Notary Public, State of NY
No. 01SM6357983
Qualified in Saratoga County
Commission expires 05/01/2021

[ ] Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/19

X _Corey Doyle_ (signature)
Corey Doyle
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

The Ottinger Firm, P.C.
401 Park Avenue South
New York, NY 10016

