UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

Gregory Alderson,                                    17-cv-09329 (KMK)

                    Plaintiff(s),

-against-                                            CALENDAR NOTICE

XPO Logistics Freight, Inc.,

                    Defendant(s).
----------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| _x_ Rule (16) conference | ___ Final pre-trial conference | ___ Order to Show Cause |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest/Damages | |

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, August 21, 2018 at 10:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: July 16, 2018
      White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J