UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY ALDERSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

XPO LOGISTICS FREIGHT, INC.,

Defendant.

Case No. 17-cv-09329-KMK

ORDER OF ADMISSION
PRO HAC VICE

The motion of Frank Shuster, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in Good Standing of the Bar of the State of Georgia and that his contact information is as follows:

> Frank Shuster
> Constangy, Brooks, Smith & Prophete, LLP
> 230 Peachtree Street, N.W., Suite 2400
> Atlanta, Georgia 30303
> Telephone: (404) 230-6775
> Facsimile: (678) 999-7861

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for XPO Logistics Freight, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/24/18

United States District Judge Kenneth M. Karas