# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

August 23, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Gregory Alderson**
*individually and on behalf of all others similarly*
　　　　　　　Plaintiff,

　　　　　*- against -*

**XPO Logistics Freight, Inc.**
　　　　　　　Defendants.

## SCHEDULING ORDER
7:17-cv-09329-KMK-PED

TO ALL PARTIES:

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **September 24, 2018 at 9:30am.** **Plaintiff's counsel** will be responsible for placing the conference call. Please have all parties on the line when calling chambers.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Aug 23, 2018**

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

8/23/18